# MINUTE ENTRY

JOAN M. AZRACK, USMJ                DATE: June 23, 2010

DOCKET: 2 CASES *(enter on each docket)*
Docket No. CV-02-3147 (NG), PENA v. NYC et al.
Docket No. CV-02-3163 (NG), HERRERA v. NYC et al.

---

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____

Oral motion for _____ by _____

---

☑ **TELEPHONE**        ☐ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.    ☑ STATUS CONF.    ☐ SETTLEMENT CONF.    ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15   ☑ 30   ☐ 45   ☐ 60   ☐ Other: ____

FOR PLAINTIFF: Darren Weisenberg

FOR DEFENDANT: Eric Gross

---

☐ *Docket Clerks are directed to enter the following ~~Discovery~~ Order(s):*

- Def to make mot to dismiss Herrera as π by 6/30/10

---

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____   ☐ Telephone   ☐ In-Person

☐ Pre-Trial Order by _____